# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SARAH PITRE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-868-JWD-RLB** |
| **PINNACLE ENTERTAINMENT, INC., ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 26, 2018, to which no opposition was filed;

**IT IS ORDERED** that Plaintiffs' Motion to Remand (R. Doc. 3) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 11, 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**